SO ORDERED: November 23, 2009.



Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| BOHANNON, Kevin Brian ) | CASE NO. 09-12473-AJM-7 |
| 5702 Sage Ct ) | |
| Indianapolis, IN 46237 ) | |
| RODRIGUEZ, Winddie Susseette ) | |
| f/k/a Winddie Bohannon ) | |
| 5702 Sage Ct ) | |
| Indianapolis, IN 46237 ) | |
| Debtors ) | |

### ORDER FOR ABANDONMENT OF REAL ESTATE AND
### FOR RELIEF FROM STAY

Comes now, U.S. Bank, N.A., ("Applicant"), by counsel, having filed its Application for Abandonment of Real Estate and for Relief From Stay, and the Court, having examined said application and being duly advised in the premises and no objections to said application having been filed, now finds that said application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the real estate of the debtors located in Marion County, Indiana, more particularly described as follows:

#09-2739F-BK1

**LOT 216B IN REPLAT OF LOT 216 OF MOELLER ESTATES AT WILDWOOD FARMS, SECTION 4, A SUBDIVISION IN MARION COUNTY, INDIANA, AS PER PLAT THEREOF, RECORDED SEPTEMBER 2, 2005 AS INSTRUMENT NO. 2005-0145944, IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.**

Commonly known **8030 Cork Bend Lane, Indianapolis, IN 46239** is hereby abandoned by the Court as being burdensome to this estate and the automatic stay is lifted as to said real estate so as to allow applicant to proceed with In Rem foreclosure action.

IT IS FURTHER ORDERED that the ten (10) day stay of this Order imposed by Bankruptcy Rule 4001(a) (3) is hereby waived.

###

FOUTTY & FOUTTY, LLP
Wendy A. Kitchel
155 East Market Street, Suite 605
Indianapolis, IN 46204-3219
317-632-9555
317-624-0397 fax

DISTRIBUTION TO:
Wendy A. Kitchel, 155 East Market Street, Suite 605, Indianapolis, IN 46204
Kevin Brian Bohannon, 5702 Sage Ct, Indianapolis, IN 46237
Winddie Susseette Rodriguez, 5702 Sage Ct, Indianapolis, IN 46237
Michael Lee Jackson, 55 East Monroe, #3400, Chicago, IL 60603
Jenice Golson-Dunlap, 1 N. Pennsylvania St., Ste. 1050, Indianapolis, IN 46204
U.S. Trustee, 101 W. Ohio Street, Suite 1000, Indianapolis, IN 46204

#09-2739F-BK1